IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KRISTAL CHAVEZ,
also known as KRISTAL CHAVES,

    Plaintiff,

v.

Case No. 18-cv-482-jdp

ACE DEBT RECOVERY, LLC,
and KWIK TRIP, INC.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Ace Debt Recovery, LLC and Kwik Trip, Inc. against plaintiff Kristal Chavez dismissing this case for lack of jurisdiction.

| s/V. Olmo, Deputy Clerk | 12/20/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |